NAME: Carl Lewis

PRISON IDENTIFICATION/BOOKING NO.: BJ0920

ADDRESS OR PLACE OF CONFINEMENT: California State Prison P.O. Box 5004 Calipatria, CA 92233

FILED
CLERK, U.S. DISTRICT COURT
FEB - 4 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Fee Due

Note: It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his or her name, address, telephone and facsimile numbers, and e-mail address.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FULL NAME (Include name under which you were convicted): Carl Patrick Lewis

Petitioner,

v.

NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER: People of the State of California

Respondent.

CASE NUMBER: CV22-814-SVW(SK)
To be supplied by the Clerk of the United States District Court

☐ _____ AMENDED

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**
**28 U.S.C. § 2254**

PLACE/COUNTY OF CONVICTION _____
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(List by case number)
CV _____
CV _____

## INSTRUCTIONS - PLEASE READ CAREFULLY

1. To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2. In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge judgments entered by more than one California state court, you must file a separate petition for each court.

3. Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4. Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5. You must include in this petition <u>all</u> the grounds for relief from the conviction and/or sentence that you challenge. You must also state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

6. You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

7. When you have completed the form, send the original and two copies to the following address:

    Clerk of the United States District Court for the Central District of California
    United States Courthouse
    ATTN: Intake/Docket Section
    255 East Temple Street, Suite TS-134
    Los Angeles, California 90012

PLEASE COMPLETE THE FOLLOWING (check appropriate number):

This petition concerns:
1. ☑ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☐ other.

## PETITION

1. Venue
   a. Place of detention **Calipatria State Prison**
   b. Place of conviction and sentence **San Fernando County Superior Court (term: 26 yrs 8 months)**

2. Conviction on which the petition is based *(a separate petition must be filed for each conviction being attacked).*
   a. Nature of offenses involved *(include all counts)*: **kidnapping, robbery, personal use of firearm, gang enhancement**
   b. Penal or other code section or sections: **Penal code section 207(A); 211; 12022.53(b); 186.22**
   c. Case number: **PA089846**
   d. Date of conviction: **January 29, 2019**
   e. Date of sentence: **April 5, 2019**
   f. Length of sentence on each count:

   g. Plea *(check one)*:
      ☑ Not guilty
      ☐ Guilty
      ☐ Nolo contendere
   h. Kind of trial *(check one)*:
      ☑ Jury
      ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?   ☑ Yes  ☐ No
   If so, give the following information for your appeal *(and attach a copy of the Court of Appeal decision if available)*:
   a. Case number: **B297167**
   b. Grounds raised *(list each)*:
      (1) ~~Kidnap and robbery were part of one~~ Insufficient evidence to sustain a conviction on count 04 for kidnapping of Tnsha Le indivisible transaction
      (2) ~~Jury instruction error~~ Insufficient evidence to support criminal street gang enhancement

   (3) CGLcrim 361 Jury instruction improper, no facts or evidence in prosecution
   (4) case
   (5) _____
   (6) _____
c. Date of decision: _____
d. Result _____

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision?  ☑ Yes  ☐ No

   If so, give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:
   a. Case number: S266414
   b. Grounds raised *(list each)*:
      (1) Same as Appeal
      (2) _____
      (3) _____
      (4) _____
      (5) _____
      (6) _____
   c. Date of decision: March 17 2021
   d. Result: denied

5. If you did not appeal:
   a. State your reasons _____
   b. Did you seek permission to file a late appeal?  ☐ Yes  ☐ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?
   ☐ Yes  ☑ No

   If so, give the following information for each such petition *(use additional pages, if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:
   a. (1) Name of court: _____
      (2) Case number: _____
      (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:
- (a) _____
- (b) _____
- (c) _____
- (d) _____
- (e) _____
- (f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?  ☐ Yes  ☒ No

b. (1) Name of court: _____
   (2) Case number: _____
   (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
   (4) Grounds raised *(list each)*:
- (a) _____
- (b) _____
- (c) _____
- (d) _____
- (e) _____
- (f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?  ☐ Yes  ☒ No

c. (1) Name of court: _____
   (2) Case number: _____
   (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
   (4) Grounds raised *(list each)*:
- (a) _____
- (b) _____
- (c) _____
- (d) _____
- (e) _____
- (f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?   ☐ Yes ☐ No

7. Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes  ☑ No

   If yes, answer the following:

   (1) Docket or case number (if you know): _____

   (2) Result: _____

   (3) Date of result (if you know): _____

   (4) Citation to the case (if you know): _____

8. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the <u>facts</u> supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

   **CAUTION:** *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present <u>all</u> of your grounds to the California Supreme Court.

   a. Ground one: _Same as Appeal - Insufficient evidence to sustain conviction on count 04 for kidnapping of Insha Le_

   (1) Supporting FACTS: _____

   (2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☑ Yes ☐ No
   (3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☑ Yes ☐ No
   (4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes ☑ No

   b. Ground two: _Same as Appeal - insufficient evidence to sustain gang enhancement_

   (1) Supporting FACTS: _No evidence the robberies were for the benefit of a gang_

    (2) Did you raise this claim on direct appeal to the California Court of Appeal? ☑ Yes ☐ No
    (3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☑ Yes ☐ No
    (4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☑ No

c.  Ground three: Same as Appeal - of CalCrim number 361 Jury instruction improper

    (1) Supporting FACTS: No facts of evidence in Prosecutors case to support instruction.

    (2) Did you raise this claim on direct appeal to the California Court of Appeal? ☑ Yes ☐ No
    (3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☑ Yes ☐ No
    (4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☑ No

d.  Ground four:

    (1) Supporting FACTS:

    (2) Did you raise this claim on direct appeal to the California Court of Appeal? ☑ Yes ☐ No
    (3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☑ Yes ☐ No
    (4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☑ No

e.  Ground five:

    (1) Supporting FACTS:

    (2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☐ No

      (3) Did you raise this claim in a Petition for Review to the California Supreme Court?  ☐ Yes  ☐ No

      (4) Did you raise this claim in a habeas petition to the California Supreme Court?  ☐ Yes  ☐ No

9. If any of the grounds listed in paragraph 8 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: _____

_____

_____

10. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction? ☐ Yes  ☒ No

   If so, give the following information for each such petition *(use additional pages, if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

   a. (1) Name of court: _____
      (2) Case number: _____
      (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
      (4) Grounds raised *(list each)*:
         (a) _____
         (b) _____
         (c) _____
         (d) _____
         (e) _____
         (f) _____
      (5) Date of decision: _____
      (6) Result _____

      (7) Was an evidentiary hearing held?  ☐ Yes  ☒ No

   b. (1) Name of court: _____
      (2) Case number: _____
      (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
      (4) Grounds raised *(list each)*:
         (a) _____
         (b) _____
         (c) _____
         (d) _____
         (e) _____
         (f) _____
      (5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?  ☐ Yes  ☒ No

11. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?  ☐ Yes  ☒ No

    If so, give the following information (and attach a copy of the petition if available):
    (1) Name of court: _____
    (2) Case number: _____
    (3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): _____
    (4) Grounds raised (list each):
        (a) _____
        (b) _____
        (c) _____
        (d) _____
        (e) _____
        (f) _____

12. Are you presently represented by counsel?  ☐ Yes  ☒ No
    If so, provide name, address and telephone number: _____

WHEREFORE, petitioner prays that the Court grant petitioner all relief to which he may be entitled in this proceeding.

_no attorney_
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on  2-1-22
              Date

[signature]
Signature of Petitioner

RECEIVED
JAN 24 2022
LITIGATION'S OFFICE

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE
ATTEST
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  RL  1-25-22
TRUST OFFICE

Lewis, BJ0920
A1-149L

__Carl P. Lewis__
Petitioner

__People of The State of California__
Respondent(s)

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS**

I, __Carl Lewis__, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes  ☒ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. __N/A__

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. __N/A__

2. Have you received, within the past twelve months, any money from any of the following sources?
    a. Business, profession or form of self-employment?   ☐ Yes  ☒ No
    b. Rent payments, interest or dividends?   ☐ Yes  ☒ No
    c. Pensions, annuities or life insurance payments?   ☐ Yes  ☒ No
    d. Gifts or inheritances?   ☐ Yes  ☒ No
    e. Any other sources?   ☐ Yes  ☒ No

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: __N/A__

3. Do you own any cash, or do you have money in a checking or savings account?  *(Include any funds in prison accounts)*
    ☐ Yes  ☒ No

If the answer is yes, state the total value of the items owned: _N/A_

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No
   If the answer is yes, describe the property and state its approximate value: _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _N/A_

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on ___1-25-22___
                Date                                    _[signature]_
                                                  Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ ___0.19   150.16___ on account to his credit at the ___Calipatria State Prison___ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _____

___1-25-22___                              ___Raul Laguna    Account Trainee___
   Date                                    Authorized Officer of Institution/Title of Officer



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY ___RL  1-25-22___
TRUST OFFICE

| Date\Time: 1/27/2022 3:54:01 PM | | CDCR | | Verified: _____ |
|---|---|---|---|---|
| Institution: CAL | | Inmate Statement Report | | |
| **Start Date:** | 7/1/2021 | **Revalidation Cycle:** | All | |
| **End Date:** | 1/1/2022 | **Housing Unit:** | All | |
| **Inmate/Group#:** | BJ0920 | | | |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST

CALIFORNIA DEPARTMENT OF CORRECTIONS

BY _RL_  1-27-22
TRUST OFFICE

1

Date\Time: 1/27/2022 3:54:01 PM  
Institution: CAL

**CDCR**  
**Inmate Statement Report**

Verified: _____

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| BJ0920 | LEWIS, CARL | CAL | A 001 1 | 149001 |

**Current Available Balance:** $150.16

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 07/01/2021 | CAL | BEGINNING BALANCE | | | | $0.21 |
| 07/06/2021 | CAL | JPAY | 0000000132766152 | | $50.00 | $50.21 |
| 07/07/2021 | CAL | JPAY | 0000000132778620 | | $200.00 | $250.21 |
| 07/07/2021 | CAL | SALES | 47 | | ($219.85) | $30.36 |
| 08/03/2021 | CAL | JPAY | 0000000133625645 | | $120.00 | $150.36 |
| 08/06/2021 | CAL | JPAY | 0000000133768516 | | $65.00 | $215.36 |
| 08/06/2021 | CAL | SALES | 43 | | ($215.05) | $0.31 |
| 09/01/2021 | CAL | JPAY | 0000000134559097 | | $25.00 | $25.31 |
| 09/04/2021 | CAL | JPAY | 0000000134690709 | | $60.00 | $85.31 |
| 09/06/2021 | CAL | JPAY | 0000000134736156 | | $120.00 | $205.31 |
| 09/08/2021 | CAL | JPAY | 0000000134787557 | | $20.00 | $225.31 |
| 09/13/2021 | CAL | SALES | 32 | | ($219.60) | $5.71 |
| 10/01/2021 | CAL | KEEFE | 21648311R | | $150.00 | $155.71 |
| 10/05/2021 | CAL | JPAY | 0000000135646920 | | $200.00 | $355.71 |
| 10/07/2021 | CAL | SALES | 5 | | ($239.55) | $116.16 |
| 11/04/2021 | CAL | JPAY | 0000000136615172 | | $120.00 | $236.16 |
| 11/04/2021 | CAL | JPAY | 0000000136585283 | | $150.00 | $386.16 |
| 11/17/2021 | CAL | SALES | 9 | | ($139.55) | $246.61 |
| 11/17/2021 | CAL | SALES | 21 | | ($100.25) | $146.36 |
| 12/06/2021 | CAL | JPAY | 0000000137679256 | | $120.00 | $266.36 |
| 12/07/2021 | CAL | JPAY | 0000000137711567 | | $60.00 | $326.36 |
| 12/11/2021 | CAL | SALES | 26 | | ($239.60) | $86.76 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE  
ATTEST  
CALIFORNIA DEPARTMENT OF CORRECTIONS  
BY [signature] 1-27-22  
TRUST OFFICE

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|

**No information was found for the given criteria.**

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|

**No information was found for the given criteria.**

If you are **a prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
### (Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant **LEWIS, CARL**
(NAME OF INMATE)

**BJ0920**
(INMATE'S CDC NUMBER)

has the sum of $ 150.16 on account to his/her credit at

**Calipatria State Prison**
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ 293.19

and the *average monthly deposits* to the applicant's account was $ 243.33

ALL PRISONERS ***MUST*** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. & 1915(a)(2).

1/27/2022
DATE

SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE
ATTEST
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY RL 1-27-22
TRUST OFFICE

RAUL LAGUNA
OFFICER'S FULL NAME (PRINTED)

ACCOUNTANT TRAINEE
OFFICER'S TITLE/RANK



NAME Carl Lewis   CDCR# B50920
HOUSING UNIT A1-149
P.O. BOX 5002
CALIPATRIA, CA 92233

GENERATED FROM CALIPATRIA STATE PRISON

INDIGENT INMATE ENVELOPE
GENERATED AT CALIPATRIA STATE PRISON

Legal mail

CENTRAL DISTRICT OF CALIFORNIA
FEB - 4 2022
BY

Clerk of the United States District
Court for the Central District of California
United States Courthouse
Attn: Intake/Docket Section
255 East Temple Street, Suite TS-134
Los Angeles, California 90012

US POSTAGE PITNEY BOWES
ZIP 92233 $ 000.53°
0000339287 FEB 02 2022

27-71 BSf— B3591 B SANCHEZ