JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL PATRICK LEWIS,<br><br>                    Petitioner,<br><br>          v.<br><br>WARREN L. MONTGOMERY,<br><br>                    Respondent. | Case No. 2:22-cv-814-SK<br><br>**JUDGMENT** |

In accordance with the Order Denying First Amended Habeas Petition, **IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: January 31, 2023

STEVE KIM
United States Magistrate Judge